38201 - 63577-RER

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KIMBERLY SNEAD,

    Plaintiff,

VS.

NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.

No. 1:08-cv-1064
JURY DEMANDED

## NOTICE OF FILING

Comes now Defendant Nationwide Mutual Fire Insurance Company and gives notice of the filing of the Plaintiff's Response to Defendant's Requests for Admission, attached as **Exhibit 1** hereto.

    Respectfully submitted,

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

    s/ W. Paul Whitt
    Russell E. Reviere (07166)
    W. Paul Whitt (24793)
    Attorney for Defendant
    209 East Main Street
    P. O. Box 1147
    Jackson, TN  38302-1147
    (731) 423-2414
    pwhitt@raineykizer.com

38201 - 63577-RER

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon Michael U. King, Attorney at Law, P.O. Box 667, Huntingdon, Tennessee 38344, by electronic means via the Court's electronic filing system.

    This the 27th day of October, 2008.

                                          s/ W. Paul Whitt